ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Advanced Technology Construction Corporation ) ASBCA No. 58421
)
Under Contract No. N44255-08-D-3015 )

APPEARANCES FOR THE APPELLANT: J. Craig Rusk, Esq.
Adam K. Lasky, Esq.
Oles Morrison Rinker Baker LLP
Seattle, WA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Pamela J. Nestell, Esq.
Senior Trial Attorney

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 19 May 2015

*Michael T. Paul*

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58421, Appeal of Advanced Technology Construction Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals